# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 31, 2016

James N. Hatten
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 15-13085-EE
Case Style: Mustafa Khan El v. Michael Corbat, et al
District Court Docket No: 1:14-cv-03527-ELR

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Sandra Brasselmon, EE
Phone #: (404) 335-6181

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 15-13085-EE

MUSTAFA SHAKUR KHAN EL,

                                        Plaintiff - Appellant,

versus

MICHAEL L. CORBAT,
C.E.O. Citigroup, Inc.,
CITIGROUP, INC.,
JANE FRAZER,
C.E.O. CitiMortgage, Inc.,
CITIMORTGAGE, INC.,

                                        Defendants - Appellees.

Appeal from the United States District Court
for the Northern District of Georgia

Before TJOFLAT, JILL PRYOR and BLACK, Circuit Judges.

BY THE COURT:

On December 10, 2015, Appellees filed a "Suggestion of Death" and related notice, informing the Court that Appellant Mustafa Shakur Khan El died in early September 2015. Since that date, the Clerk and the Appellees have attempted to contact Khan El's known surviving relative, Edna Alicia Bolton a.k.a. Edna Alicia El, to determine whether a personal representative wishes to substitute as a party to this appeal. These attempts have all failed.

The Court having waited a reasonable time and made reasonable efforts to contact the decedent's survivors and afford them the opportunity to substitute, the appeal is dismissed. *See*

Fed. R. App. P. 43(a)(1); *Gamble v. Thomas*, 655 F.2d 568, 568, 569 (5th Cir. 1981) ("[R]easonable efforts having been made to inform known survivors of the decedent of the need for substitution if any of them desire to have the appeal further prosecuted, and no survivor having informed us of any desire to do so, the appeal is DISMISSED.").

**APPEAL DISMISSED.**