IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 31 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Edna Alicia El, Heiress

Plaintiff,

v.

)
)
)
)
)
) Civil Action
) 1:16 CV 04128 Edna A. El
  1:14 CV 03527 Edna A. El


Appeal No.
15-13085-EE
Civil Action 1:14-CV-03527
Mustafa Shakur Khan El

CITIMORTAGE, et al

Defendants.

)
)
)
)
)
)

NOTICE OF REMOVAL THE UNTED STATES SUPREME COURT

COMES NOW, Edna A. El, In Propria Persona, Sui Juris (not to be confused with Pro se), In direct support of her notice to this Court and all parties, hereby alleges, state and provides the following:

By the filing of this Notice with the Clerk and of this Court, together with the attached and corresponding petition and warrant for removal that was filed in the UNITED STATED DISTRICT COURT

Page 1 of 4

prior, these proceedings are now REMOVED, by automatic operation of federal law, and this Affiant now formally notifies the Courts and all parties of that same fact.

Pursuant to the expressed and specific language of 28 U.S.C. § 1441-1446 et seq., immediately upon filing of this notice, with the Clerk of this Court this case has already been removed; The removal of jurisdiction from this court is automatic by operation of federal law, and does not require any additional written order from the District Judge to cause this removal to become "effective" –the removal is an automatic judicial event, and immediate by operation of law.

Because this case is now removed, the instant Court is without jurisdiction to effect any judgment in these proceedings (28 U.S.C. §1446(C)(3)).

The petition for warrant of removal to the United States Supreme Court is attached hereto as required by the express language of federal law, as Exhibit # J

**WHEREFORE., the undersigned** Edna A. El, In Propria Persona, Sui Juris (not to be confused with Pro se), notifies this court and all other parties that this cause is now removed, that this court has absolutely no jurisdiction for any judgement in this cause, bar none.

I Am:_____

Edna Alicia El, A Natural Person In Propria Persona, sur juris, Authorized Representative

All Rights Reserved

CC:

BALLARD SPAHR

SARAH REISE, COUNCIL FOR THE DEFENDENTS

999 PEACHTREE STREET SUITE 1000

ATLANTA, GA 30303


INTERNAL JUSTICE COURT

THE HAGE, THE NETHERLANDS


HONORABLE DONALD TRUMP

WHITE HOUSE WASHINGTON, D.C.


UNITED STATES JUSTICE DEPARTMENT

UNITED STATES ATTORNEY GENERAL

Jeff Sessions


INTERNAL CRIMINAL COURT

THE HAGE, THE NETHERLANDS


GREAT SEALS NATIONAL ASSOCIATION OF MOORISH AFFAIRS

MINISTER A. EL

SUPREME COURT OF GEORGIA

CHIEF JUSTICE

HUGH P. THOMPSON

UNITED NATIONS

GENEVA SWITZERLAND

  

Moorish National Republic Federal Government
Societas Republicae Ea Al Maurikanos
Northwest Amexem / Northwest Africa / North America / 'The North Gate'
The True Aboriginal and Indigenous Natural Peoples of the Land

Edna A. El
C/O 7307 Richland Court
ROSWELL TERRITORY
GEORGIA STATE REPUBLIC
[30076]

## LEGAL NOTICE OF REMOVAL
### FROM MUNICIPAL COURT TO FEDERAL COURT
### PURSUANT TO TITLE 28 § 1441- §1446
### PROPER ARTICLE III JURISDICTION

Affidavit of Fact

EXHIBIT J

SUPREME COURT
WASHINGTON, D.C.

RE; THE UNITED STATES COURT OF APPEAL
FOR THE ELEVETH CIRCUIT

OFFICE OF THE CLERK

THE HONORABLE;
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPLE
NOTICE TO THE PRINCIPLE IS NOTICE TO THE AGENT

Plaintiff,

Edna A. El, Heiress, Natural Divine Being Manifest
In Human Flesh, In Propria Persona, Sui Juris (not to be confused
with nor substituted with Pro Se): and not a statutory Person

                                              ORIGINAL JURISDICTION
                                              "MINISTERSCONSULS
                                              DIPLOMATS"
                                              Article III, Section 2; Article VI
                                              United States Republic Constitution
                                              Treaty of Peace and Friendship
                                              'Established Law of the Land'

v.

                                                            Federal Question(s):
                                                            Constitution, Treaty;
                                                            Religious Liberty;
                                                           Due Process;
                                                           Supreme Court Ruling

     CITIMORTAGE MORTAGE, ET AL

Defendants

Official Notice is hereby served on the UNITED STATES DISTRICT COURT; all Judicial Sub-Divisions; Officials; Agents; and above named Plaintiff-all cases and Jurisdiction / Venue moved to Federal Court. All Matters, Complaints, / Suits, Citations / Bills of Exchange (misrepresented as lawful warrants, etc.), must be filed with Federal Court, pursuant to Jurisdiction named hereinafter.

I.

## JURISDICTION

Jurisdiction / Venue are hereby placed in one Supreme Court, pursuant to Article III Section 2 for The United States Republic, and the several States, under the Constitution; Article VI; and reaffirmed by obligatory Official Oaths.

"The Judicial Power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls; --to all cases of admiralty and maritime jurisdictions;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;-between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects."

In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be a party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.

COMES NOW, Edna A. El, In Propria Persona, Sui Juris (not to be confused with Pro se), Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance status; standing squarely affirmed and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America. Being a descendant of Moroccans and born in America, with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa/North Gate.

The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands-bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States the same as displayed under Treaty Law, Obligation, Authority as expressed in Article VI of the Constitution for the United States of America (Republic):

### THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
Between Morocco and the United States
Article 20
"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."
Article 21
"If any Citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

II

PARTIES

Defendants:

1. CITIMORTAGE, private corporation; foreign to the United States Republic; and all GEORGIA CITY Employees; Agents; Officers; Contractors; Assignees, etc., being Plaintiffs, Claimants, or Parties of Interest in the 'Color-of-Law' processes instituted by them, or any one of them, against Edna Alicia El. HEIRESS

2. SARAH T. REISE, Council for the Defendants-Appellees CitiMortage, INC and Citibank, N.A., private corporation, foreign to the United States Republic; and foreign to the organic GEORGIA Republic.

3. Court Administer for the STATE OF GEORGIA SUPERIOR COURT, private corporation foreign to the United States Republic; and foreign to the organic GEORGIA Republic.

4. STATE OF GEORGIA, corporation established in the year SEVENTEEN SEVENTY-SIX (1776), foreign to the organic Pennsylvania state Republic; and foreign to the United States Republic of North America.

AFFIANT

Edna Alicia El, HEIRESS In Propria Persona, Sui Juris (not to be confused with Pro se) Aboriginal, Indigenous Moorish American National, C/O 7307 Richland Court, GEORGIA Territory, GEORGIA Republic [30076].

I, Edna Alicia El, In Propria Persona, Sui Juris; Aboriginal, Indigenous Moorish American National, Freehold by Inheritance with Birthrights and protected and secured Inalienable Rights, makes with this NOTICE OF REMOVAL of the unconstitutional Complaint – Summons / Suit / Bill of Exchange / Action, Civil Action Number 1:16 CV 3723 ELR, 1:16 CV 4128 ELR, Edna A. El AND APPEAL # 14 CV 03527 Case # 1:14-CV-03527 EL Mustafa Shakur Khan El. Affiant is with reasonable expectation that the Officers / Agents, and Officials, holding any position of Public Trust, or political office, are prohibited, under Official Oath, under the authority of The Law of the Land, from the use of the official position(s) or office(s) to violate the Constitution for the UNITED STATES OF AMERICA; and thus, by the abuse of authority, and the practice of superseding their 'limited'

jurisdictional powers, violate and abridge the Natural, Divine, Unalienable, and Secured Rights of the People; terminating with the cause of damage to this Affiant / Plaintiff.

### III

### CAUSE OF ACTION

On December 12, 2017 I, Edna Alicia El, HEIRESS Natural Flesh and Blood Being, "In Full Life", made a "Special Appearance" on behalf of my now DECEASED son Mustafa Shakur Khan El in Propria Persona sur juris to the so-named MAGISTRATE COURT OF FULTON COUNTY STATE OF GEORGIA, under CIVIL ACTION FILE # 16DD000169 for the purpose of clearing up the 'matter' pertaining to: fraud, foreclosure / possession / order and judgement / issued by an employee / agent for FULTON COUNTY CORPORATION, under threat, duress and coercion.

While in this de facto court, the Administrator of the so name Court, Judge James Altman along with the Representing Attorney for Aldridge Pite, Foreclosure Department who stood in for the Attorney who name being on record as Dainiel Barbaelata.

The substituting Attorney who name is unknown at the present, presented to the Administrator of the so name court Judge Altman, VERBALLY a Foreclosure Deed, along with its alleged sale, referencing my Private Property Estate C/O 7307 Richland Court Roswell, Georgia Territory, Georgia Republic [30076] that an a alleged sale, referencing my Private Property Estate took place on June 6, 2016 and the alleged purchaser was CITIMORTAGE.

Judge Altman, dismissed the PHYSICAL evidence I presented, referencing my Private Property Estate C/O 7307 Richland Court Roswell, Georgia, Georgia Territory, Georgia Republic [30076], which identified CITIMORTAGE Lack of standing to FORECLOSE, along with its Lack of a valid claim.

The CERTIFIED SECURITIZED AUDIT, clearly showed its separation of its Deed and Promissory note along the auditors AFFIDAVIT which was performed, on or around November 2015 referencing my Private Property Estate C/O 7307 Richland Court Roswell, Georgia, Georgia Territory, Georgia Republic [30076].

Despite of all the PHYSICAL evidence presented by me and the VERBAL evidence spoken by the substituting attorney, Judge Altman ruled on behalf of CITIMORTAGE FOR POSSESSION.

The STATE OF GEORGIA SUPERIOR COURT is an unconstitutional, private corporation, not delegated by Congress, under Article III, Section 2 of the Constitution; and that the Administrators do not, and did not provide 'Due Process' protected and secured for the People, by the Amendments IV, V, VI, VII, VIII, IX, and X of the United States Constitution, to which the Judges and Officers in every State is bound (by Official Oath) to support and to uphold. Any statutory regulation, ordinance, or laws of any State, to the contrary, notwithstanding.

This Affiant affirms that in accord with the Substantive Rights retained by the Affiant, that by notifying all parties of the Affiant's Moorish American (Identification / Status) confirms that the Affiant, did not and does not waive any Inalienable Rights to due process; and affirms that any action be adjudicated in a lawfully delegated jurisdiction and venue.

The Administrators of STATE OF GEORGIA commanded that the Affiant give possession of her Private Property Estate that's in dispute to the Foreign Corporation, and its Administrators within seven days under threat, duress, and coercion. The 'man-of-straw' / misnomer word, misrepresented as implying my now deceased son's name, and typed upon the Order / Instrument, was improperly spelled, "CHARLES BOLTON" (per Citimortage) aka CHARLES S. BOLTON

in ALL CAPITAL LETTERS. That misnomer and CORPORATE - NAME, "CHARLES B BOLTON" (per Citimortage) aka CHARLES S. BOLTON is clearly (an artificial – person / entity); is not my son, the now (DECEASED) Mustafa Shakur Khan El, Ex rel CHARLES B BOLTON the Natural Person; is a deliberate grammatical error, intended for injury; and is clearly not of consanguine relationship to me or to our nationality, in any form, truth, or manner, nor to our Moorish Family Bloodline. This is violation of our secured rights to our appellation and nationality; a violation of International Law; and a violation of the Obligations of the Officers of the Court; and a violation of their fiduciary duties and Official Oaths to uphold and to support Article VI of the United States Constitution; and thus, violating my Substantive Rights, and the Articles of Part 1 of *'The Rights of Indigenous People'* (http://en.wikisource.org/wiki/Draft:United_Nations_Declaration_on_the _Rights_of_Indige...) as follows:

"Indigenous People have the right to a full and effective enjoyment of all human rights and fundamental freedoms recognized in the Charter of the United Nations; The Universal Declaration of Human Rights; And International Human Law."

Article 5 of the *Rights of Indigenous People*

"Every Indigenous individual has the Right to a Nationality.",

Article 15 of the *Declaration of Human Rights* (http//www.un.org/Overview/rights.html)

Everyone has a right to a nationality. (2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his name."

'The Rights of Indigenous Peoples'; and that the Administrator's of THE STATE OF GEORGIA knowingly committed 'fraud' against the Affiant (Edna A. El, Heiress) by abusing their authority, in that they failed to correct a known violation; and did not aid in preventing said such abuse of authority, while having (by law) the obligation to do so; and violated the Fifth Amendment of The Bill of Rights of Seventeen Hundred and Ninety-One (1791) A.D.; impeding the Peoples' right to due process under the Law, and equal protection of the Law, Article 1 Section 10 of The Constitution for The United States of America (Republic).

THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT, sent correspondence to me on February 6, 2017, stating, that they may lack Jurisdiction over matters in this appeal, and that I should seek legal representation, assumedly by a bar member, doing business in a foreign corporation

All supporting documents have been filed referencing, my claim to my PRIVATE PROPERTY ESTATE LISTED UNDER THE FICTITIOUS ADDRESS OF 7307 RICHLAND COURT ROSWELL, GEORGA 30076., OPPOSED TO THE CORRECT LAND/ THAT TRACT OR PARCEL LOCATED AT LATITUDE 34.0472370 AND LONGITUDE -84.3285840 OF LAND LYING AND BEING IN LAND LOT 545 OF THE 1ST DISTRICT, 2ND SECTION OF FULTON COUNTY, GEORGIA, BEING LOT 28 OF CREEKSIDE AT MANSELL SUBDIVISION, UNIT IV BUILDING 8, AS PER PLAT RECORDED IN PLAT BOOK 219, PAGE 24-25, RECORDS OF FULTON COUNTY GEORGIA.

In support of my claim referencing MY PERSONAL PRIVATE ESTATE, C/O 7307 Richland Court Roswell, Georgia, Georgia Territory, Georgia Republic [30076], my Status, my Unalienable and Inalienable rights to proceed on behalf of my now DECEASED son Mustafa Shakur Khan El referencing his Appeal, Appeal No. 15-13085-EE, filed September 1, 2015 two weeks before his transition, and his civil case # 14 CV 03527. Mustafa Shakur Khan El transitioned September 14, 2015 and in turn his case was dismissed ninety days thereafter with prejudice.

I notified CITIMORTAGE in Propria Persona, Sur Juris November of 2015 referencing Mustafa Shakur Khan El (my son's) transition, along with my son's death certificate, my Affidavit, referencing my intent to move forward

on behalf of Mustafa Shakur Khan El, (my son) Appeal, Appeal # 15-13085 civil case # 14 CV 03527, in turn I received threating letters to foreclose, along with invalid claims referencing my Private Property Estate C/O 7307 Richland Court Roswell, Georgia, Georgia Territory, Georgia Republic [30076].

I Edna A. El, do not, under any condition or circumstance, by threat, duress, or coercion waive any rights Inalienable or Secured by the Constitution or Treaty, and hereby request this Court to fulfil their obligation to preserve the rights of this Affiant (A Moorish American) and carry out their judicial duty in 'Good Faith.'

All civil action suits filed after Mustafa Shakur Khan El (my son's) transition under Civil Action # 1:16 CV 04128 ELR and 1:16 CV 3723 ELR: Edna A. El, and Mustafa Shakur Khan El (my son's) Appeal, Appeal # 15-13085 case # 14 CV 03527, I submit to the court.

## IV

## CONCLUSION

1) It is a sin for any group of people to violate the Constitutional Laws of a Free National Government.

2) The Delegates, which comprise the majority of Aboriginal and Indigenous Freeholders, by Birthright, Inheritance, and Primogeniture, and declared 'for the record' and known by the consanguine / Pedigree of their / our Forefathers, as Moors / Muurs; and the European Colonial Settlers of the United States of America, did, on the fifteenth day of November in the year Seventeen Seventy-seven (1777), and in the second year of the Independence of The United States of America, agreed to certain *Articles of Confederation* and perpetual Union between the States of New Hampshire, Massachusetts Bay, Rhode Island, and Providence Plantations, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, North Carolina, South Carolina and Georgia; wherein they did declare that the style of the Confederacy shall be the United States of America.

3) All parties to the *Articles of Confederation* of 1778 did also agree that *Article IX* shall set forth the procedure for resolving a dispute brought before the Congress of the United States by a freely associated compact State of the United States of America.

4) All parties to the *Articles of Confederation* of 1778 did also agree that no Congress shall thereafter alter *Article IX* of the *Articles of Confederation* unless it has received confirmation to do so by every State in the Union (*Article XIII* of the *Articles of Confederation*).

5) The United States, pursuant to an "*Act*" of the States sitting in Congress under the *Articles of Confederation* of Seventeen Hundred and Seventy-Eight (1778) A.D., authorized a Constitutional Convention for the purpose of forming a more perfect Union, to establish justice, to insure domestic tranquility, to provide for the common defense, to promote general welfare, and to secure the blessings of liberty, did ordain and established a Constitution for the United States. The Constitution for the United States was declared to be a "*revision*" to the *Articles of Confederation* of 1778 (*REPORT OF PROCEEDINGS IN CONGRESS*, Wed., Feb.21, 1787 [*Journals of the Continental Congress, vol. 38*]).

6) The Constitution for the United States was established by the People of the United States of America, and not by the States in their sovereign capacity (*In reg Opinion of the Justices, 107 A. 673, 674, 118 Me. 544, 5 A.L.R. 1412*) and was ratified by the People sitting in Convention of the Original 13 States of the United States of America (*United States Constitution, VII: 1:1*).

7) The Constitution for the United States is a Compact which constitutes a binding trilateral Contract between the People, the freely associated compact States of the United States of America, and the United States [e.g. *Article 10* of the *Bill of Rights* to the *Constitution of the United States*] (*In reg Opinion of the Justices, 107 A. 673, 674, 118 Me. 544, 5 A.L.R. 1412*).

8) By the wording of *Article VI* of the *Constitution for the United States*; the Congress is required to review its legislation from time to time to determine if the legislation was made

pursuant to the provisions of that Constitution.

9) The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (*Article 9* of the *Bill of Rights* to the *Constitution for the United States*).

10) The parties to the Compact also agreed that the Powers not delegated to the United States under the U.S. Constitution are reserved to the States or to the People (*Article 10* of the *Bill of Rights* to the *Constitution for the United States*).

11) On February 24, 1855; the Congress of the United States created the United States Court of Claims. The Court of Claims was authorized to execute the mandates of *Article IX* of the *Articles of Confederation* of 1778 and *Article I* of the *Bill of Rights* to the *Constitution for the United States* (*10 Stat. 612, sec. 1, sec. 7*)

12) The Congress of the United States also enacted the "*Bowman Act*" of March 3, 1883 (*22 Stat. 485*) and the "*Tucker Act*" of March 3, 1887 (*24 Stat. 505*) to clarify the jurisdiction of the Court of Claims. Under these Acts, either House of Congress may submit any claim or matter to the United States Court of Claims for investigation and determination of facts. The Court was to report its findings back to Congress for Congressional determination.

13) Notwithstanding the limitations imposed upon the United States Claims Court by *P.L. 97-164* and its subsequent United States Court of Federal Claims by *P.L. 102-572*; the Congress of the United States is barred by *Article IX* and *Article XIII* of the *Articles of Confederation* and by *Article I* of the *Bill of Rights* to the *Constitution for the United States* to limit its investigations to moneyed claims.

14) The continual refusal of the United States Congress to resolve the Petitions of Grievances that were submitted to it, by the several States of the Union, violates the "*Good Faith*" agreement that all grievances submitted would be expeditiously resolved as mandated by the *Articles of Confederation* of 1778.

15) Between the years of 1866 and 1868 (and other years); several states within the United States known as "States" submitted Petitions to the Congress of the United States for Redress of Grievances. These Petitions have passed from Congress to Congress for over one hundred years, with the Congress refusing to take any action to resolve the disputes as required by *Article IX* of the *Articles of Confederation* of 1778 and *Article I* of the *Bill of Rights* to the *Constitution for the United States*. These Petitions challenged the procedure by which the Congress used to amend the Constitution for the United States. The Amendments in question are the unlawfully - ratified 13th, 14th and 15th Amendments (hereinafter referred to as the "Three Dead Badges of Law").

16) "No change in ancient procedure can be made which disrupts those fundamental principles, which protect the citizen in his private right and guard him against the arbitrary action of the government." Ex Parte Young, 209 US 123.

17) The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2.

18) Black's Law Dictionary 4th Ed. Defines "Law of the land", - When first used in Magna Charta, the phrase probably meant the established law of the kingdom, in opposition to the civil or Roman law. It is now generally regarded as meaning general public laws binding on all members of the community. Janes v. Reynolds, 2 Tex 251; Beasley v. Cunningham, 171 Tenn. 334. 103 S.W.2d 18, 20110 A.L.R. 306. It means due process of law warranted by the constitution, by the common law adopted by the constitution, or by statutes passed in pursuance of the constitution Mayo v. Wilson, 1 N.H. 53.

19) Clause 3, clarifies the scope of this requirement when it states that "...All judicial officers, both of the United States and of the several states shall be bound to support this Constitution..."

20) The 5th Amendments require that all persons within the United States must be given due process of the law and equal protection of the law.

21) The Affiant claims full and equal protection of the Law in Marbury v. Madison 5 US 137 – "The Constitution of these United States is the Supreme Law of the Land. Any law, that is repugnant to the Constitution, is null and void of law."

22) Due Process of law is not necessarily satisfied by any process which the Legislature may prescribe. See: Abrams v. Jones 35 Idaho 532, 207 P. 724.

23) "Due Process of Law in each particular case means such an exercise of the powers of the government as the settled maxims of law permit and sanction; and under such safeguards for the protection of individual rights as those maxims prescribe for the class of cases to which the one in question belongs." Cooley, Const. Lim. 441.

24) Due Process as defined in H. C. Black's Law Dictionary, 4th Edition. " Whatever difficulty may be experienced in giving to those terms a definition which will embrace every permissible exertion of power affecting private rights, and exclude such as is forbidden, there can be no doubt of their meaning when applied to judicial proceedings.  They then mean a course of legal proceedings according to those rules and principles, which have been established in our systems of jurisprudence for the enforcement and protection of private rights."

25) "To give such proceedings any validity, there must be a tribunal competent by its constitution——that is by the law of its creation—to pass upon the subject-matter of the suit; and if that involves merely a determination of the personal liability of the defendant, he must be brought within its jurisdiction obey service of process within the state or his voluntary appearance. Pennoyer v. Neff, 95 U.S. 733, 24 L.Ed. 565."

26) "Due process of law implies the right of the person affected thereby to be present before the tribunal which pronounces judgment upon the question of life liberty, or property, in its most comprehensive sense; to be heard, by testimony or otherwise, and to have the right of controverting, by proof, every material fact which bears on the question of right in the matter involved."

27) "If any question of fact or liability be conclusively presumed against him, <u>this is not due process of law</u>, Zeigler v. Railroad Co., 58 Ala. 599.

28) These phrases in the Constitution do not mean the general body of the law, common and statute, as it was at the time the Constitution took effect; for that would seem to deny the right of the Legislature to amend or repeal the law.  They refer to certain fundamental rights which that system of jurisprudence, of which ours is a derivative, has always recognized.  Brown v. Levee Com'rs 50 Miss. 468."

29) All orders or judgments issued by a judge in a court of limited jurisdiction must contain the findings of the court showing that the court has subject-matter jurisdiction, not allegations that the court has jurisdiction. In re Jennings, 68 Ill.2d 125, 368 N.E.2d 864 (1977) ("in a special statutory proceeding an order must contain the jurisdictional findings prescribed by statute.")

30) In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997). Without subject-matter jurisdiction, all of the orders and judgments issued by a judge are void under law, and are of no legal force or effect. In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997) ("Every act of the court beyond that power is void").

31) The Affiant assert, Midland Coal Co. v. Knox County, 268 Ill.App.3d 485, 644 N.E.2d 796 (4th Dist. 1994) ("Special statutory jurisdiction is limited to the language of the act conferring it, and the court has no powers from any other source"…)

32) The "language of the act" the complainants confer upon "has no powers from any other source" Midland Coal Co. v. Knox County, Ibid, no evidence on it's face of valid law, as it lacks the mandatory enacting clause,

33) That the purpose of thus prescribing an enacting clause — "the style of the acts" — is to establish it; to give it permanence, uniformity, and certainty; to identify the act of legislation as of the general assembly; to afford evidence of its legislative statutory nature; and to secure uniformity of identification, and thus prevent inadvertence, possibly mistake and fraud. *State v. Patterson*, 4 S.E. 350, 352, 98 N.C. 660 (1887); 82 C.J.S. "Statutes," § 65, p. 104; *Joiner v. State*, 155 S.E.2d 8, 10, 223 Ga. 367 (1967).

34) "That the almost unbroken custom of centuries has been to preface laws with a statement in some form declaring the enacting authority. The purpose of an enacting clause of a statute is to 'identify' it as an act of legislation by expressing on its face the authority behind the act." 73 Am. Jur.2d, "Statutes," § 93, p. 319, 320; *Preckel v. Byrne*, 243 N.W. 823, 826, 62 N.D. 356 (1932).

35) That for an enacting clause to appear on the face of a law, it must be recorded or published with the law so that the People can readily identify the authority for that particular law.

36) This Defendant (a court of limited jurisdiction), lacks the power to act and have proceeded beyond the strictures of the statutes, and that the statutes being applied are created from revised statutes and codes of a foreign and unidentified source, as they fail to show from what authority in law they exist, where they fail to show on their face, the mandatory enacting clause.

37) Said revised statutes and codes fail to show a necessary and mandatory enacting clause on their face, giving them lawful force and effect. Said revised statutes and codes are private codes and statutes and are not law, do not compel this Affiant to perform and do not apply to her, and fail to show "authority for the court to make any order." Levy. Industrial Common Ibid, Midland Coal Co. v. Knox County, Ibid.

38) The Affiant, demand all rights under the common law based upon the status as a matter of due process of law and to determine what legal rights the Affiant has in this court and what rights will be denied, if any, to determine what jurisdiction the Defendant is attempting to apply to this Natural Born Citizen.

39) The Affiant is not subject to the jurisdiction of this Defendant

40) This Affiant has no contract with GEORGIA SUPERIOR COURT, or with the State of GEORGIA; or with any other segment of the United States of America that can grant jurisdiction over human rights; or over political, economic, social and cultural rights of Indigenous Peoples.

41) The Affiant is Aboriginal / Indigenous within the meaning of the description of the Draft Declaration of the Inter-American Declaration of the Rights of Indigenous Peoples at Article 1 Definition:

42) "In this Declaration Indigenous Peoples are those who embody historical continuity with societies which existed prior to the conquest and settlement of their territories by Europeans…"

43) Indigenous People are separate and distinct; alien to this administration; and have a separate and distinct status from the administrators of the colonial occupiers of the land; as recognized in the Declaration on Principles of International Law of Friendly Relations and Cooperation Among States; wherein it does say under the Principles of Equal Rights and self determination of Peoples (B5): "The territory of a colony or other Non-Self Governing Territory has, under the Charter, a status separate and distinct from the territory of the State administering it…"

44) Colonial legislatures were divested of their legislative powers, and required to transfer jurisdiction and all powers over the cultural rights of indigenous and minority peoples to those peoples and prohibited from making any law that effects the rights of indigenous people to fully and effectively enjoy their right to self-determination in Article 5 of the Declaration on the Granting of Independence to Colonial Countries and Peoples, Adopted by General Assembly resolution 1514 (XV) of 14 December 1960. See Article 5 to wit: "Immediate steps shall be taken, in Trust and Non-Self Governing Territories or all other territories which have not yet attained independence, to transfer all powers to the peoples of those territories, without any conditions or reservations, in accordance with their freely expressed will and desire…"

45) Colonial courts were divested of, and required to, transfer the judicative power and all power to the people of this territory, ibid.

46) See 'The American Declaration of the Rights and Duties of Man' (Adopted by the Ninth International Conference of American States Bogota, Colombia, 1948 at Article 5, Article 17, Article 26)

47) The United States of America is required to obey the requirements of the Declaration on the Principles of International Law and to obey the principles of international law enumerated therein.

48) The Vienna Convention on the Law of Treaties requires that the United States of America fulfill its obligations incurred thereunder.

49) The United States of America is a member of the United Nations, and is bound by the Charter of the United Nations to promote and protect the Rights of Indigenous Peoples.

50) The Declaration of the Granting of Independence to Colonial Countries and People UN GA #1514 specifically required the United States of America to transfer *all power* to the peoples of this land, and this specifically includes all legislative, executive and judicial powers.

51) Note that the presiding judge, and any judge acting as organ of the court, is aware that 42 USC 1986 requires the person(s) adjudicating legal processes, to correct wrongs, and that their failure to correct the wrongs that were addressed constitutes Fraud under Rule 9(b) of the FRCP, cross referenced to 28 USC 1746, and that this Fraud constitutes a Perjury on the Oath of Office at 18 USC 1621, deprives us of rights, at 18 USC 241, and 242, Conspires to deprives rights at 42 USC 1985; is an extortion of rights at 18 USC 872, and is actionable under 42 USC 1983.

52) Either subject-matter jurisdiction exists, or it doesn't. Subject-matter jurisdiction has been denied, it must be proved by the party claiming that the court has subject-matter jurisdiction as to all of the requisite elements of subject-matter jurisdiction

54) "Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. Maranda v. Arizona 384 US 4336, 125:"

55) "The claim and exercise of Constitutional Rights cannot be converted into a crime. Miller v. Kansas 230 F 2nd 486, 489:"

56) "For crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional right. Serer v. Cullen 481 F. 945:"

57) "If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. Louisville v. Motley 2111 US 149, 29S. CT. 42. "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt."

58) "Therefore in accord with the official oath of the officers of this court et al that all fraudulently presented improperly serviced instruments as per bill of exchange / suits / complaint be dismissed, discredited and expunged from the record, etc.

59) "Lack of Federal Jurisdiction can not be waived or overcome by agreement of parties". Griffin v. Matthews, 310 F supra 341, 342 (1969): "

60) "Want of Jurisdiction may not be cured by consent of parties"> Industrial Addition Association v. C.I.R., 323 US 310, 313"

61) "No one is bound to obey an unconstitutional law and no courts are bound to enforce it." – 16 Am Juris 2nd, Sec 177 late 2d, Sec 256.

62) "The State cannot diminish rights of the People." – Hurtado v. California, 110 U.S. 516

63) "The state is a people and not the created form of government." – Texas v. White, 7 Wallace, 700-74

64) "The individual may stand upon constitutional rights. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the state or to his neighbors to divulge his business or to open his door to an investigation, so far as it may tend to incriminate him. He owes no such duty or the state, since he receives nothing there from, beyond the protection of his life and property. His rights are such as existed by the Law of the Land, long

antecedent to the organization of the state... He owes nothing to the public so long as he does not trespass upon their rights." Hale v. Henkel, 201 U.S. 43 (1905).

65)   "The makers of the Constitution conferred, as against the government, the Right to be let alone; the most comprehensive of rights, and the right most valued by civilized men." – United States Supreme Court Justice Brandeis in Olmstead v. Unites States (1928).

66)   Based on customary international laws, the 5th Amendment of the Constitution for the United States of America, which guarantees due process of the law and Article IV of same Constitution Section 1; Full Faith and Credit shall be given in each State to the public Acts, Records and judicial proceedings of every other state...

67)   No person shall be denied the enjoyment of any civil or military right, nor be discriminated against in the exercise of any civil or military right, nor be segregated in the militia or in the public schools, because of religious principles, race, color, ancestry or national origin... excutive and judicial powers.

68) The UNITED STATES OF AMERICA through its commercial agents/agencies, has committed 'fraud' to accomplish what is called in legal contemplation, "Capitis Diminutio Maxima", which is that my natural name has been murdered and I was resurrected as a non-natural, created entity subject to regulation and denied the protections of national and international law. This constitutes Fraud and denies due process of the law and the Freedom from the Practices and Policies of Apartheid described in the International Convention on the Suppression and Punishment of the Crime of *Apartheid* Adopted and opened for signature, ratification by General Assembly resolution 3068 (XXVIII) of 30 November 1973 at Articles1, 2 and 3, and the right not to be compelled to perform under any contract or agreement not entered into voluntarily, intentionally and knowingly.

69)   Executive Order Number: 13107, 63, Federal Register, 68,991 (1998)- Implementation of Human Rights Treaties (Exhibit I), which states "It shall be the policy and practice of the Government of the United States, being committed to the protection and promotion of human rights and fundamental freedoms, fully to respect and implement its obligations under the international human rights treaties to which it is a party including the ICCPR, the CAT and the CERD.". THE UNITED STATES OF AMERICA, by way of its enclave, the CORPORATE STATE OF CONNECTICUT, and its Officers/Agencies/Agents, violated 'Due Process' and, conspired to deprive rights of the Petitioner; and did neglect to prevent deprivation of rights at Title 18, U.S.C. 241 and Title 18, U.S.C. 242.

70)   Maine v. Thiboutot 448 US 1, 100 SCT 2502 – Officers of the court have no immunity, when violating a constitutional right from liability. For they are deemed to know the law.

71)   Judicial officers have no immunity when they have no jurisdiction over subject matter.

72)   This court shall take mandatory Judicial Notice of the adjudged decision of the Supreme Court of the United States of Bradley v Fisher 80 U.S. 335 (1871), 351,352 that officers of the court have no immunity when they have no jurisdiction over the subject-matter. And further in Bradley v Fisher on page 352 and 352 is as follows:

"Where there is clearly no jurisdiction over the subject matter any authority exercised is a usurped authority, and for the exercise of such authority, when the want of jurisdiction is known to the judge, no excuse is permissible." This evidence of Bradley v Fisher 80 U.S. 335 (1871).

73)   Either subject-matter jurisdiction exists, or it doesn't. Subject-matter jurisdiction has been denied, it must be proved by the party claiming that the court has subject-matter jurisdiction as to all of the requisite elements of subject-matter jurisdiction

"An unconstitutional statute has been held to confer no authority on, and to afford no protection to, an officer acting thereunder." Also, "Officers cannot be punished for refusing to obey unconstitutional statute." (CJS 16, sec. 101, p. 479) "Such laws are in legal contemplation, as inoperative as though ' they had never been passed or as if the enactment had never been written, and are regarded as invalid or void from the date of enactment, and not only from the date on which it is judicially declared unconstitutional. Such a law generally binds no one, confers no rights, affords No Protections, and imposes no duties, and compliance therewith is unnecessary." (CJS 16, p. 469)

74). "The state is a people and not the created form of government." – Texas v. White, 7 Wallace, 700-74

"The makers of the Constitution conferred, as against the government, the Right to be let alone; the most comprehensive of rights, and the right most valued by civilized men." – United States Supreme Court Justice Brandeis in Olmstead v. Unites States (1928).

V

**RELIEF**

<u>The Enforcement of the following:</u> The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

1) I, Edna A. El, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

2) I, Edna A. El, demand this United States Supreme Court stop these abuses of the colorable authority by the Plaintiff as it pertain to this Affiant.

3) I, Edna A. El, demand if any criminal charges be found, let them be placed upon the Defendants.

4) I, Edna A. El, demand this United States Supreme Court view this Affiant (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKWOMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

5) I, Edna A. El do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States Supreme Court to fulfill their obligation to preserve the rights of this Affiant (A Moorish Americans) and carry out their Judicial Duty in 'Good Faith' by ordering Defendant to be brought before the Law to answer for their criminal and unjust actions.

6) All UNCONSTITUTIONAL Citations – Summons / Suit / (misrepresented) Bill of Exchange: Under Appeal Number 15-13085, Mustafa Shakur Khan El Civil Action #, 1:16 CV 04128, and 1:16 CV 3723, Edna A. El and any other 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on its face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

7) All City, County and State Officials are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

8) Any Defendant, Corporate or Natural, Party-Claimants; Involvements be found guilty of the charges and shall result in immediate Recusal of Office.

9) Defendant STATE OF GEORGIA is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity.

10) Defendant STATE OF GEORGIA SUPERIOR COURT is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity.

11) Defendant Sarah T. Reise, Council for the Defendant, is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in her private capacity.

11) Defendant Daniel Barbaelata, Aldridge Pite Foreclosure, Council for the Defendant. is being sued for $75,000 compensatory damages and $75,000 for punitive damages in his private capacity

## THEORY OF RECOVERY

I Edna A. El, in Propria Persona, Sui Juris hereby support, standby and include for the record,

Mustafa Shakur Khan El THEORY OF RECOVERY filed with his civil action case # 1:14-CV-3527 November 3, 2014 and under his appeal File No 15-13085-EE "That the Defendants' fraudulent acts and inability to produce lawful Chain Title evidence showing a valid claim has indebted the Defendants to the Plaintiff in the principal amount of $182,280. Principle does not include interest, fines, legal document preparation cost and cost related to pain and suffering. In addition Defendants owe interest in the amount of $167, 356 (10% per annum) the legal document preparation costs the plaintiff has incurred in this matter with the Defendants total $133,000 in research time and preparation costs. The fines the Defendants have incurred in this matter with the Plaintiff are estimated to be $17,538,095.58. The pain and suffering costs the Plaintiff has incurred in this matter with the Defendants are incalculable; however the Plaintiff prays that the amount demanded of $181, 979,268.42 from the Defendants, through this Court to cover the loss of life, loss of health, loss of time, broken family relationships due to mailed threats of foreclosure, financial stress and medical related costs might begin to help start the healing process.

WHEREFORE, plaintiff demands an order against Defendants requiring the correction of all public records associated with the Plaintiff's land and property; and judgement against Defendants for the sum total of $200,000,000.00. The Plaintiff is entitled to an award in Lawful Money of all amounts due under this Complaint on Mortgage Fraud."

*The right to a recovery of the property transferred under an illegal contract is founded upon the implied promise to return or to make compensation for it."*

(See Pullman's Car Co v Central Transp. Co. 171 U.S. 138, 151, 43 L. ed. 108, 114, 18 Sup. Ct. Rep. 808)

## TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

Day 28, March, 2017 = 1437 M.C.

In Truth

I Am: _____

Edna Alicia El, A Natural Person In Propria Persona, sur juris, Authorized Representative

All Rights Reserved

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPLE**
**NOTICE TO THE PRINCIPLE IS NOTICE TO THE AGENT**